Certificate Number: 05781-PAW-DE-028144996

Bankruptcy Case Number: 16-21712



05781-PAW-DE-028144996

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 1, 2016</u>, at <u>12:20</u> o'clock <u>PM PDT</u>, <u>Karen Ruby</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>October 1, 2016</u>              By:    <u>/s/Allison M Geving</u>

                                                                 Name:  <u>Allison M Geving</u>

                                                                 Title:    <u>President</u>