# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

FILED
11/14/16 11:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## *Conciliation Conference:*

- **Debtor:** KAREN I. RUBY
- **Case Number:** 16-21712-CMB    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, NOVEMBER 10, 2016 09:30 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

## *Matter:*

#5 - Final Confirmation of Plan Dated 5/4/2016 - NFC
R / M #: 5 / 0

## *Appearances:*

- Debtor: Skidl
- Trustee: Winnecour / Bedford / Pail ( Katz )
- Creditor: Baldridge for PNC

Continued so Steidl can finally file the 506 vs PNC

## *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 2/23/17 at 1:00 pm.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

11/3/2016   11:39:17 AM