**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Karen I. Ruby  
       <u>Debtor(s)</u>

CHAPTER 13

BKY. NO. 16-21712

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 3298

                                    Respectfully submitted,

                                    **/s/ James C. Warmbrodt, Esquire**  
                                    James C. Warmbrodt, Esquire  
                                    jwarmbrodt@kmllawgroup.com  
                                    Attorney I.D. No. 42524  
                                    KML Law Group, P.C.  
                                    701 Market Street, Suite 5000  
                                    Philadelphia, PA 19106  
                                    Phone: 215-825-6306  
                                    Fax: 215-825-6406  
                                    Attorney for Movant/Applicant