# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| **Debtor:** | KAREN I. RUBY |
| **Case Number:** | 16-21712-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, FEBRUARY 23, 2017 01:00 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
2/24/17 12:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#5 - Continued Confirmation of Plan Dated 5/4/2016 - NFC
R / M #:  5 / 0

**Appearances:**

Debtor: *J. Steidl*
Trustee: Winnecour (Bedford) Pail / Katz
Creditor: *T. Baldridge — PNC Bank*

**Proceedings:** *No pmts since October*

Outcome: *506 pending*

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: *3-22-17* at *10:00*.
10. _____ Other:

2/15/2017   3:25:39PM

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 16-21712-CMB
Karen I. Ruby                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 1              Date Rcvd: Feb 24, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2017.
db             +Karen I. Ruby,    605 Murdoch Street,    Washington, PA 15301-5247

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 24, 2017 at the address(es) listed below:
              Brett A. Solomon    on behalf of Creditor    PNC Bank, National Association bsolomon@tuckerlaw.com,
               dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
              Brett A. Solomon    on behalf of Defendant    PNC Bank N.A. bsolomon@tuckerlaw.com,
               dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
              Christopher M. Frye    on behalf of Debtor Karen I. Ruby chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com
              Christopher M. Frye    on behalf of Plaintiff Karen I. Ruby chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com
              James Warmbrodt     on behalf of Creditor    Wilmington Savings Fund Society bkgroup@kmllawgroup.com
              James R. Wood    on behalf of Creditor    City of Washington jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              Joshua I. Goldman    on behalf of Creditor    Wilmington Savings Fund Society
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9