# PROCEEDING MEMO

**Date:** 03/22/2017 10:00 am

**In re:** Karen I. Ruby

**Bankruptcy No.** 16-21712-CMB
**Chapter:** 13
**Doc. #** 23

**Appearances:** Julie Steidl

**Movant(s):** Christopher M. Frye, Esq. for Debtor

**Respondent(s):** Brett A. Solomn, Esq. for PNC Bank

**Creditor(s):**

**Nature of Proceeding:** Debtor's Motion to Avoid Lien (23)

**Additional Pleadings:** Notice of Hearing (24)
Interim Order Confirming Plan (16)
PNC Bank's Response (26)
Consent Motion to Continue/Reschedule Hearing (32)
Order Granting Motion to Continue/Reschedule Hearing (33)

**Judge's Notes:**

**Outcome:**

_____ Motion is GRANTED _____ Order entered

_____ Motion is DENIED _____ Order entered

_____ Motion WITHDRAWN

_____ Motion is DISMISSED _____ Order entered

_____ Reschedule for Proper Service

_____ Case DISMISSED _____ Order entered

_____ Parties to submit Order/Settlement/Stipulation by _____ days

_____ CONTINUED MATTER: _____ for at least _____ days (Court to Issue Order)

_____ to hearing date of _____

_____ ISSUE EVIDENTIARY HEARING NOTICE

_____ Discovery time needed _____ days

_____ Briefs to be filed: Movant(s) brief due _____ days
Respondent(s) brief due _____ days
Trustee's brief due _____ days

Stipulation / order to be filed in 14 days.

Carlota M. Böhm
U. S. Bankruptcy Judge

**FILED**

MAR 22 2017

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA