IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| | ) | Case No. 16-21712-CMB |
| Karen I. Ruby, | ) | Chapter 13 |
| Debtor(s) | ) | Document No. |
| | ) | |
| Karen I. Ruby, | ) | |
| Movant(s) | ) | |
| vs. | ) | |
| PNC Bank N.A., | ) | |
| Respondent(s) | ) | |

**CONSENT ORDER OF COURT**

AND NOW, to wit, this _____ day of _____, 2017, it is hereby ORDERED, ADJUDGED, and DECREED, that pursuant to 11 U.S.C. §522(f)(1)(A) and 11 U.S.C. §522(f)(2)(A), the judgment lien held by the respondent, PNC Bank N.A., against the Debtor at Washington County case number C-63-CV-201108636 in the amount of $9,739.50 plus interest is avoided unless this case is dismissed prior to discharge being entered, at which point the judgment lien is reinstated.

CONSENTED TO BY:

/s/ Brett A. Solomon    /s/ Christopher M. Frye
Brett A. Solomon, Esquire    Christopher M. Frye, Esquire
Counsel PNC Bank, N.A.    Counsel for the Debtor

SO ORDERED:

_____
Honorable Carlota M. Bohm
U.S. Bankruptcy Judge