**Form 150**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                                 Bankruptcy Case No.: 16–21712–CMB

                                                                                                                            Chapter: 13
                                                                                                                            Docket No.: 40 – 39
                                                                        Conciliation Conference Date: 6/29/17 at 09:00 AM

**Karen I. Ruby**
    Debtor(s)

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that
on the _19th_ day of _April_, _2017_, I served a copy of the within *Order* together with the *Amended Plan* filed in this proceeding, by (describe the mode of service):

    First Class Mail

on the respondent(s) at (list names and addresses here):

See Attached Mailing Matrix

Executed on _April 19, 2017_          /s/ Todd Thomas
          (Date)                                                      (Signature)

Todd Thomas Steidl & Steinberg 707 Grant Street-Gulf Tower-Suite 2830, Pittsburgh, PA 15219
(Type Name and Mailing Address of Person Who Made Service)

```
Label Matrix for local noticing         Albert Ruby                              Capital One Bank
0315-2                                   214 Cunningham School Road              c/o Weltman Weinberg & Reis, CO, LPA **
Case 16-21712-CMB                        Smock, PA 15480-1304                    Attn: William Molzcan, Esquire
WESTERN DISTRICT OF PENNSYLVANIA                                                 436 7th Ave #2500
Pittsburgh                                                                       Pittsburgh, PA 15219-1842
Wed Apr 19 08:52:45 EDT 2017

Capital One Bank*                        City of Washington                      City of Washington
PO Box 30285                             c/o Portnoff Law Associates, Ltd        c/o Portnoff Associates
Salt Lake City, UT 84130-0285            P.O. Box 3020                           1000 Sandy Hill Road, Suite 150
                                         Norristown, PA 19404-3020               Norristown, PA 19401-4181

City of Washington                       (p)COLUMBIA GAS                         Dr. Webb & Associates, P.C.
c/o Portnoff Associates                  290 W NATIONWIDE BLVD 5TH FL            42 East Maiden Street
P.O. Box 391                             BANKRUPTCY DEPARTMENT                   Washington, PA 15301-4912
Norristown, PA 19404-0391                COLUMBUS OH 43215-4157

Christopher M. Frye                      Joshua I. Goldman                       Internal Revenue Service
Steidl & Steinberg                       KML Law Group, P.C.                     PO Box 7346
Suite 2830 Gulf Tower                    701 Market Street                       Philadelphia, PA 19101-7346
707 Grant Street                         Suite 5000
Pittsburgh, PA 15219-1908                Philadelphia, PA 19106-1541

Manley Deas & Kochalski LLC              Office of the United States Trustee     PNC Bank, N.A.
1400 Goodale Blvd #200                   Liberty Center.                         One Financial Parkway
Columbus, OH 43212-3777                  1001 Liberty Avenue, Suite 970          Kalamazoo, MI 49009-8002
                                         Pittsburgh, PA 15222-3721

PNC Bank, N.A.                           PNC Bank, N.A.                          PNC Bank, National Association
PO Box 3180                              c/o Weltman Weinberg & Reis, CO, LPA ** c/o Brett A. Solomon, Esquire
Pittsburgh, PA 15230-3180                Attn: William Molzcan, Esquire          Tucker Arensberg, P.C.
                                         436 7th Ave #2500                       1500 One PPG Place
                                         Pittsburgh, PA 15219-1842               Pittsburgh, PA 15222-5413

Pennsylvania Dept. of Revenue            Karen I. Ruby                           Rushmore Loan Management Services
Department 280946                        605 Murdoch Street                      P.O. Box 52708
P.O. Box 280946                          Washington, PA 15301-5247               Irvine, CA 92619-2708
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Rushmore Loan Managment Services         Brett A. Solomon                        James Warmbrodt
15480 Laguna Canyon Rd.                  Tucker Arensberg, P.C.                  KML Law Group, P.C.
Suite 100                                1500 One PPG Place,                     701 Market Street
Irvine, CA 92618-2132                    Pittsburgh, PA 15222-5413               Suite 5000
                                                                                 Philadelphia, PA 19106-1541

Wells Fargo Mortgage                     Wilmington Savings Fund Society, FSB    Ronda J. Winnecour
c/o Phelan Hallinan                      c/o Rushmore Loan Management Services   Suite 3250, USX Tower
1617 John F Kennedy Blvd #1400           P.O. Box 55004                          600 Grant Street
Philadelphia, PA 19103-1814              Irvine, CA 92619-5004                   Pittsburgh, PA 15219-2702

James R. Wood
Portnoff Law Associates, Ltd.
2700 Horizon Drive
Suite 100
King of Prussia, PA 19406-2726
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Columbia Gas of PA
P.O. Box 117
Columbus, OH 43216

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)City of Washington<br>c/o Portnoff Law Associates, Ltd.<br>P.O. Box 3020<br>Norristown, PA 19404-3020 | (u)Wilmington Savings Fund Society | End of Label Matrix<br>Mailable recipients    27<br>Bypassed recipients     2<br>Total                   29 |