**Form 309**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Karen I. Ruby** | : | Case No. 16−21712−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Related to Dkt. No. 48 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 24th of January, 2018,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)   The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)   The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-21712-CMB
Karen I. Ruby                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel             Page 1 of 2              Date Rcvd: Jan 24, 2018
                              Form ID: 309           Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2018.
```
db          +Karen I. Ruby,    605 Murdoch Street,    Washington, PA 15301-5247
cr          +PNC Bank, National Association,    c/o Brett A. Solomon, Esquire,    Tucker Arensberg, P.C.,
              1500 One PPG Place,    Pittsburgh, PA 15222-5413
14225493    +Albert Ruby,    214 Cunningham School Road,    Smock, PA 15480-1304
14285641    ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
             (address filed with court: Columbia Gas of PA,    P.O. Box 117,    Columbus, OH 43216)
14225494    +Capital One Bank,    c/o Weltman Weinberg & Reis, CO, LPA,    Attn: William Molzcan, Esquire,
              436 7th Ave #2500,    Pittsburgh, PA 15219-1842
14225496    +City of Washington,    c/o Portnoff Associates,    1000 Sandy Hill Road, Suite 150,
              Norristown, PA 19401-4181
14225497    +City of Washington,    c/o Portnoff Associates,    P.O. Box 391,    Norristown, PA 19404-0391
14242203    +City of Washington,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
              Norristown, PA 19404-3020
14225498    +Dr. Webb & Associates, P.C.,    42 East Maiden Street,    Washington, PA 15301-4912
14225501     PNC Bank, N.A.,    PO Box 3180,    Pittsburgh, PA 15230-3180
14225502    +PNC Bank, N.A.,    One Financial Parkway,    Kalamazoo, MI 49009-8002
14225503    +PNC Bank, N.A.,    c/o Weltman Weinberg & Reis, CO, LPA,    Attn: William Molzcan, Esquire,
              436 7th Ave #2500,    Pittsburgh, PA 15219-1842
14225504    +Rushmore Loan Management Services,    P.O. Box 52708,    Irvine, CA 92619-2708
14225505    +Rushmore Loan Managment Services,    15480 Laguna Canyon Rd.,    Suite 100,
              Irvine, CA 92618-2132
14225506    +Wells Fargo Mortgage,    c/o Phelan Hallinan,    1617 John F Kennedy Blvd #1400,
              Philadelphia, PA 19103-1814
14288252    +Wilmington Savings Fund Society, FSB,    c/o Rushmore Loan Management Services,    P.O. Box 55004,
              Irvine, CA 92619-5004
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14225495     EDI: CAPITALONE.COM Jan 25 2018 02:48:00      Capital One Bank*,    PO Box 30285,
              Salt Lake City, UT 84130-0285
14225499     EDI: IRS.COM Jan 25 2018 02:48:00      Internal Revenue Service,    PO Box 7346,
              Philadelphia, PA 19101-7346
                                                                                              TOTAL: 2
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Wilmington Savings Fund Society
cr               Wilmington Savings Fund Society, FSB, d/b/a Christ
cr*             +City of Washington,    c/o Portnoff Law Associates, Ltd,    P.O. Box 3020,
                  Norristown, PA 19404-3020
14225500       ##+Manley Deas & Kochalski LLC,    1400 Goodale Blvd #200,    Columbus, OH 43212-3777
                                                                                TOTALS: 2, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2018                                         Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2          User: jhel                 Page 2 of 2             Date Rcvd: Jan 24, 2018
                              Form ID: 309               Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2018 at the address(es) listed below:
              Brett A. Solomon    on behalf of Creditor    PNC Bank, National Association bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              Brett A. Solomon    on behalf of Defendant    PNC Bank N.A. bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              Christopher M. Frye    on behalf of Plaintiff Karen I. Ruby chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
              Christopher M. Frye    on behalf of Debtor Karen I. Ruby chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
              James   Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              James R. Wood    on behalf of Creditor    City of Washington jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              Joshua I. Goldman    on behalf of Creditor    Wilmington Savings Fund Society
               bkgroup@kmllawgroup.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                 TOTAL: 10