**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    KAREN I. RUBY

          Debtor(s)

Ronda J. Winnecour
        Movant
        vs.
No Repondents.

Case No.:16-21712

Document No.:

---

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 05/05/2016  and confirmed on 06/17/2016 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 8,882.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 8,882.00 |

| Administrative Fees | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 1,442.03 | |
| Trustee Fee | 382.17 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,824.20 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| WILMINGTON SAVINGS FUND SOCIETY FS | 0.00 | 7,057.80 | 0.00 | 7,057.80 |
| Acct: 3298 | | | | |
| CITY OF WASHINGTON (TRASH) | 498.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0800 | | | | |
| WILMINGTON SAVINGS FUND SOCIETY FS | 30,456.67 | 0.00 | 0.00 | 0.00 |
| Acct: 3298 | | | | |
| CITY OF WASHINGTON (TRASH) | 1,067.70 | 0.00 | 0.00 | 0.00 |
| Acct: 0800 | | | | |
| | | | | 7,057.80 |
| Priority | | | | |
| CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KAREN I. RUBY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 3,400.00 | 1,442.03 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 11,672.08 | 0.00 | 0.00 | 0.00 |
| Acct: 8261 | | | | |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| STEIDL & STEINBERG | 2,500.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | |
| * * * N O N E * * * | | | | |
| | | | | |
| **Unsecured** | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1318 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8636 | | | | |
| ALBERT RUBY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DR WEBB | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CITY OF WASHINGTON (MISC FEES) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WELTMAN WEINBERG & REIS CO LPA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RUSHMORE LOAN MANAGEMENT SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIAM T MOLCZAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 10,466.94 | 0.00 | 0.00 | 0.00 |
| Acct: 8261 | | | | |
| JOSHUA I GOLDMAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COLUMBIA GAS OF PA INC(*) | 346.30 | 0.00 | 0.00 | 0.00 |
| Acct: 8261 | | | | |
| | | | | |
| * * * N O N E * * * | | | | |

TOTAL PAID TO CREDITORS                                                                                       7,057.80

TOTAL CLAIMED
PRIORITY                    11,672.08
SECURED                    32,022.37
UNSECURED                10.813.24

Date: 03/13/2018                                    /s/ Ronda J. Winnecour

                                                    RONDA J WINNECOUR PA ID #30399
                                                    CHAPTER 13 TRUSTEE WD PA
                                                    600 GRANT STREET
                                                    SUITE 3250 US STEEL TWR
                                                    PITTSBURGH, PA  15219
                                                    (412) 471-5566
                                                    cmecf@chapter13trusteewdpa.com